# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Michael Alexander McCoy, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 2:11-cv-00154-JMC |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| James Metts, in charge of Lexington County Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is now before the court for review on the Magistrate Judge's Report and Recommendation [Doc 29], filed on August 11, 2011, recommending the court dismiss this action with prejudice for lack of prosecution and for failure to comply with the court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982). *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989). Plaintiff, proceeding *pro se,* filed this action under 42 U.S.C. § 1983 in which he alleges various constitutional violations regarding his conditions of incarceration. [Doc. 1]. The Report and Recommendation sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation without a recitation.

The Magistrate Judge's Report and Recommendation is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423

1

U.S. 261, 270-71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

This court incorporates by reference the Magistrate Judge's recitation of the procedural history and facts of this case. [Doc. 29].

Plaintiff was advised of his right to file objections to the Report and Recommendation [Doc. 29 at 3]. However, Plaintiff filed no objections to the Report and Recommendation.

In the absence of objections to the Magistrate Judge's Report and Recommendation, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report and Recommendation results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation [Doc. 29] and incorporates it herein. It is therefore **ORDERED** that this action is **DISMISSED** with prejudice for lack of

prosecution and for failure to comply with the court's orders.
**IT IS SO ORDERED.**

s/J. Michelle Childs<br>United States District Judge

Greenville, South Carolina
September 1, 2011